No. 1228. WILLIAMS ET AL. *v.* KEYES ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Albert Pallot* for petitioners. *Mr. M. Lewis Hall* for respondents.

No. 1232. HOWARD *v.* UNITED STATES EX REL. ALEXANDER ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *G. F. Howard, pro se. Solicitor General Fahy* and *Mr. Robert L. Stern* for respondents.

No. 1236. EQUITABLE LIFE ASSURANCE SOCIETY *v.* TUCKER. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William C. Michaels* for petitioner.

No. 1127. MANILA GAS CORP. ET AL. *v.* COLLECTOR OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Mr. Bertram F. Shipman* for petitioners. *Mr. Nathan R. Margold* for respondent.

No. 1222. BAKER *v.* DELAY, STATE POLICE DETECTIVE. June 1, 1942. Petition for writ of certiorari to the Superior Court, County of Suffolk, Massachusetts, denied. *Mr. William H. Lewis* for petitioner.

No. 1189. WILSON & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. June 1, 1942. Petition for writ of certi-